BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    e-mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUDITH CLARK, | NO. CV 10-1879 FCD EFB |
|     Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    The parties, through their undersigned counsel, stipulate that Defendant shall have an extension of time of 30 days to file Defendant's responsive brief. Subject to the approval of the Court, the new due date for Defendant's responsive brief will be January 21, 2011. This extension is requested because Defendant's counsel needs additional time to review the issues raised in Plaintiff's Opening Brief.

1

DATE: 12/13/10                    Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                       By:        /s/ *Leslie Alexander*
                                  LESLIE ALEXANDER
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

DATED: 12/13/10        By:        /s/ *Sengthiene Bosavahn*
                                  [*authorized via electronic mail on 12/13/10*]
                                  SENGTHIENE BOSAVAHN
                                  Attorney at Law

                                  Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including January 21, 2011, to file Defendant's responsive brief.

DATED: December 14, 2010.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

2